# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| SAMUEL JOSE REYNOSO-ACOSTA | : | No. 23-45 |

## ORDER

AND NOW, this _____ day of May 2024, upon consideration of Defendant's Pro Se Motion to Correct Sentence (Doc. No. 21), the Government's Response to the Pro Se Motion to Correct Sentence (Doc. No. 23), Defendant's Pro Se Motion for Compassionate Release (Doc. No. 24), and the Government's Response to the Pro Se Motion for Compassionate Release (Doc. No. 25), for the reasons explained in the accompanying memorandum, it is **ORDERED** as follows:

1. The Pro Se Motion to Correct Sentence (Doc. No. 21) is **DENIED**.

2. The Pro Se Motion for Compassionate Release (Doc. No. 24) is **DENIED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1